**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288

March 22, 2001

David H. Cox, Esquire
Jason A. Pardo, Esquire
Jackson & Campbell, P.C.
1120 20th Street, N.W.
South Tower
Washington, D.C. 20036-3437

Richard Simpson, Esquire
Lynda Simpson, Esquire
Ross, Dixon and Bell, LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040

John S. Vander Woude, Esquire
Heather S. O'Connor, Esquire
Eccleston & Wolf
729 East Pratt Street
7th Floor - Scarlett Place
Baltimore, Maryland 21202

David W. Skeen, Esquire
Wright, Constable & Skeen
100 North Charles Street
Suite - 16th Floor
Baltimore, Maryland 21201

RE:     Fidelity National Title Insurance Co. v. Hawkins, et al.
        Civil Action No.: S-00-633

Dear Counsel:

This will confirm that the continuation of the settlement conference in this case is postponed until 9:30 a.m. on May 14, 2001 so as to allow time for counsel to obtain the approval of the bankruptcy court to proceed with our discussions. The conference will be held in my chambers, Room 7C.

This will also confirm that further briefing of Plaintiff's Motion for Partial Summary Judgment will be stayed until we meet on May 14, 2001.

Counsel of Record
Civil Action No. S-00-633
March 22, 2001
Page 2

As we discussed during our telephone conference on March 21, 2001, please advise me as soon as possible if it appears that there are any problems relating to our ability to reconvene on May 14.

Thank you for your cooperation in this matter.

Very truly yours,

Beth P. Gesner
United States Magistrate Judge

cc:    Judge Smalkin
       Court File ✓